## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LISA WILLIAMS, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | NO. CIV-12-205-HE |
| | ) | |
| MICHAEL ASTRUE, Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
|         Defendant. | ) | |

## ORDER

Plaintiff Lisa Williams filed this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability benefits.  Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Robert E. Bacharach, who recommends that the decision of the Commissioner be affirmed.  Objections to the magistrate judge's Report and Recommendation were due by December 7, 2012.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed  United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)).  Accordingly, the court **ADOPTS** Magistrate Judge Bacharach's Report and Recommendation [Doc. #16], and **AFFIRMS** the Commissioner's decision.

**IT IS SO ORDERED**.

Dated this 20th day of December, 2012.

JOE HEATON
UNITED STATES DISTRICT JUDGE